John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, CA 91103
Tel. (626) 449-8300

Erin Darling, State Bar No. 259724
Erin@ErinDarlingLaw.com
LAW OFFICES OF ERIN DARLING
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Tel. (323) 736-2230

Attorneys for Plaintiff Eva Carillo, Individually
And as the Personal Representative of Raul Antonio Barreto, Deceased

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA CARILLO, an individually and as the personal representative of RAUL ANTONIO BARRETO, deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY FELIX MOONEY-GOMEZ (NO. 655591), DEPUTY C. CAMPOS (No. 616223) and DOES 1 TO 10,<br><br>Defendants. | Case No. 2:21-cv-00058-SVW-RAOx<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

TO THE HONORABLE STEVEN V. WILSON, UNITED STATES DISTRICT JUDGE:

On November 15, 2021, this parties conducted a mediation with ADR Mediator Phyllis Cheng. On that date the parties and counsel of record reached agreement to settle the entire action.

Accordingly, it is requested that the Court vacate all pending dates.

Respectfully submitted,

DATED: November 29, 2021     By  */s/ Erin Darling*
                                ERIN DARLING
                                Attorney for PLAINTIFF
                                Eva Carrillo