# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA CARRILLO, individually and as the personal representative of RAUL ANTONIO BARRETO, deceased | Case No.: 2:21-CV-00058-SVW-RAO |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS** |
| vs. | |
| COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY GOMEZ (No. 655591), DEPUTY CAMPOS (No. 616223), and DOES 1 to 10, | |
| Defendants. | |

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties and Federal Rule of Civil Procedure 41(a), this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 11, 2022

_____
Honorable Stephen V. Wilson
United States District Judge

-1-

[Proposed] ORDER